**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bernadette A. Myers                                   CHAPTER 13

                Debtor(s)                          BKY. NO. 19-11212 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CU Members mortgage, a division of Colonial Savings, F.A. and index same on the master mailing list.

                Respectfully submitted,

                **/s/James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                Attorney I.D. No. 42524
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                412-430-3594
                jwarmbrodt@kmllawgroup.com