FILED
12/23/19 8:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Bernadette A. Myers, | ) | |
| *Debtor* | ) | Case No. 19-11212-TPA |
| | ) | Chapter 13 |
| Bernadette A. Myers, | ) | |
| *Movant* | ) | Document No. 10 |
| | ) | |
| No Respondents | ) | |

### ORDER OF COURT

AND NOW, to wit, this 23rd day of December, 2019, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Bernadette A. Myers is hereby granted an extension until January 3, 2019 to file a completed Chapter 13 petition and plan.    No further extensions will be granted.

_____
Honorable Thomas P. Agresti  ljm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-11212-TPA
Bernadette A. Myers                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam              Page 1 of 1              Date Rcvd: Dec 23, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db          +Bernadette A. Myers,    211 Lowry Road,    Erie, PA 16511-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
      Kenneth M. Steinberg    on behalf of Debtor Bernadette A. Myers julie.steidl@steidl-steinberg.com,
       kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 3