| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Bernadette A. Myers** | | Social Security number or ITIN | **xxx–xx–9321** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ | |
| | | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | | Date case filed for chapter   **13   12/6/19** | |
| Case number:   **19–11212–TPA** | | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bernadette A. Myers | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 211 Lowry Road Erie, PA 16511 | |
| 4. | **Debtor's attorney** Name and address | Kenneth M. Steinberg Steidl & Steinberg Suite 2830 Gulf Tower. 707 Grant Street Pittsburgh, PA 15219 | Contact phone 412–391–8000  Email:  julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566  Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.  Contact phone 814–464–9740  Date: 1/6/20 |

**For more information, see page 2**

Debtor  **Bernadette A. Myers**                                                                 Case number **19–11212–TPA**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 25, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/27/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/14/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/3/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/25/20 at 09:00 AM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-11212-TPA
Bernadette A. Myers                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam          Page 1 of 2          Date Rcvd: Jan 06, 2020
                             Form ID: 309I        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db             +Bernadette A. Myers,    211 Lowry Road,    Erie, PA 16511-1326
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15168223       +AR Resources, Inc.,    Pob 1056,    Blue Bell, PA 19422-0287
15168224       +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
15168222        Apothaker Scian P.C.,    520 Fellowship Rd.,    Suite C306,    PO Box 5496,
                Mount Laurel, NJ 08054-5496
15168225       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
15168226       +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
15168232        Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
15168241       +First Federal Credit Control,    24700 Chagrin Blvd,    Cleveland, OH 44122-5662
15168242       +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                Cleveland, OH 44122-5662
15168243       +PCA Acquisitions V, LLC,    1002 Justison Street,    Wilmington, DE 19801-5148
15168244       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15168245       +Pnc Bank,    Attn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Jan 07 2020 03:13:16     Kenneth M. Steinberg,
                Steidl & Steinberg,    Suite 2830 Gulf Tower.,    707 Grant Street,    Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 07 2020 03:13:31     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 07 2020 03:13:38
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Jan 07 2020 07:43:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15168229       +EDI: CHASE.COM Jan 07 2020 07:43:00     Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
15168227       +EDI: CHASE.COM Jan 07 2020 07:43:00     Chase Card Services,    Po Box 15369,
                Wilmington, DE 19850-5369
15168231       +EDI: CITICORP.COM Jan 07 2020 07:43:00     Citibank North America,    Po Box 6497,
                Sioux Falls, SD 57117-6497
15168233       +EDI: CITICORP.COM Jan 07 2020 07:43:00     Citibank/The Home Depot,    Po Box 6497,
                Sioux Falls, SD 57117-6497
15168234       +EDI: CITICORP.COM Jan 07 2020 07:43:00     Citibank/The Home Depot,
                Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15168235       +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 07 2020 03:13:49     Colonial Savings & Loa,
                P O Box 2988,    Fort Worth, TX 76113-2988
15168236       +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 07 2020 03:13:49     Colonial Savings & Loa,
                Attn Bankruptcy,    Po Box 2988,    Fort Worth, TX 76113-2988
15168238        EDI: DISCOVER.COM Jan 07 2020 07:43:00     Discover Financial,    Attn: Bankruptcy Department,
                Po Box 15316,    Wilmington, DE 19850
15168237        EDI: DISCOVER.COM Jan 07 2020 07:43:00     Discover Financial,    Pob 15316,
                Wilmington, DE 19850
15170232        EDI: DISCOVER.COM Jan 07 2020 07:43:00     Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
15168239       +E-mail/Text: bknotice@ercbpo.com Jan 07 2020 03:13:42     Enhanced Recovery Corp,
                Po Box 57547,    Jacksonville, FL 32241-7547
15168240       +E-mail/Text: bknotice@ercbpo.com Jan 07 2020 03:13:42     Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
15168246       +EDI: RMSC.COM Jan 07 2020 07:43:00     Syncb/PPC,    Po Box 965005,    Orlando, FL 32896-5005
15168247       +EDI: RMSC.COM Jan 07 2020 07:43:00     Syncb/PPC,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
15168467       +EDI: RMSC.COM Jan 07 2020 07:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
15168249       +EDI: RMSC.COM Jan 07 2020 07:43:00     Synchrony Bank/Amazon,    Attn:  Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
15168248       +EDI: RMSC.COM Jan 07 2020 07:43:00     Synchrony Bank/Amazon,    Po Box 965015,
                Orlando, FL 32896-5015
15168250       +E-mail/Text: collections@widgetfinancial.com Jan 07 2020 03:13:39     Widget Financial,
                2154 E Lake Rd,    Erie, PA 16511-1140
                                                                                           TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cu Members Mortgage, a division of Colonial Saving

```
District/off: 0315-1          User: dkam          Page 2 of 2          Date Rcvd: Jan 06, 2020
                             Form ID: 309I        Total Noticed: 36

15168230*         +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
15168228*         +Chase Card Services,   Po Box 15369,   Wilmington, DE 19850-5369
15168251*         +Widget Financial,   2154 E Lake Rd,   Erie, PA 16511-1140
                                                                    TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Cu Members Mortgage, a division of Colonial Savings,
               F.A. bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Bernadette A. Myers julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 4
```