IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bernadette A. Myers, | ) | Case No. 19-11212-TPA |
| | ) | Chapter 13 |
| Social Security No. XXX-XX- 9321 | ) | |
| | ) | |
| *Debtor* | ) | Document No. WO-1 |
| | ) | |
| Bernadette A. Myers, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Brevillier Village Foundation, Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on January 15, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

Bernadette A. Myers  
211 Lowry Rd  
Erie, PA 16511

Brevillier Village Foundation, Inc.  
Attn: Payroll Dept.  
5416 East Lake Road  
Erie, PA 16511-1496

Date of Service: January 15, 2020

/s/ Kenneth M. Steinberg  
Kenneth M. Steinberg, Esquire  
Attorney for the Debtor  
STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Kenny.steinberg@steidl-steinberg.com  
PA I.D. No. 31244