Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19–11212–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Bernadette A. Myers
211 Lowry Road
Erie, PA 16511

Social Security No.:
xxx–xx–9321

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth M. Steinberg | Ronda J. Winnecour |
| Steidl & Steinberg | Suite 3250, USX Tower |
| Suite 2830 Gulf Tower. | 600 Grant Street |
| 707 Grant Street | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | Telephone number: 412–471–5566 |
| Telephone number: 412–391–8000 | |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 21, 2020
09:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
April 21, 2020
09:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/4/20

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 19-11212-TPA
Bernadette A. Myers                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam            Page 1 of 2            Date Rcvd: Mar 04, 2020
                           Form ID: rsc13         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db          +Bernadette A. Myers,    211 Lowry Road,   Erie, PA 16511-1326
15168223    +AR Resources, Inc.,   Pob 1056,   Blue Bell, PA 19422-0287
15168224    +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
15168222     Apothaker Scian P.C.,    520 Fellowship Rd.,   Suite C306,   PO Box 5496,
             Mount Laurel, NJ 08054-5496
15168225    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,   DALLAS TX 75234-7262
             (address filed with court: Caine & Weiner,   Po Box 55848,   Sherman Oaks, CA 91413)
15168226    +Caine & Weiner,   Attn: Bankruptcy,   5805 Sepulveda Blvd,   Sherman Oaks, CA 91411-2546
15168232     Citibank North America,   Citibank SD MC 425,   5800 South Corp Place,   Sioux Falls, SD 57108
15168231    +Citibank North America,   Po Box 6497,   Sioux Falls, SD 57117-6497
15196363     Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
15168233    +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
15168234    +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankrupty,   Po Box 790034,
             St Louis, MO 63179-0034
15168241    +First Federal Credit Control,   24700 Chagrin Blvd,   Cleveland, OH 44122-5662
15168242    +First Federal Credit Control,   Attn: Bankruptcy,   24700 Chagrin Blvd, Ste 205,
             Cleveland, OH 44122-5662
15183621    +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
             c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
             Boca Raton, FL 33487-2853
15183599    +PCA Acquisition V, LLC c/o,   Phillips & Cohen Associates, LTD,   1002 Justison Street,
             Wilmington DE 19801-5148
15168243    +PCA Acquisitions V, LLC,   1002 Justison Street,   Wilmington, DE 19801-5148
15168244    +Pnc Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
15168245    +Pnc Bank,   Attn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
             Cleveland, OH 44101-4982
15189755     UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
15189647     UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE4@state.pa.us Mar 05 2020 03:49:08     Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2020 03:58:54
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15168235    +E-mail/Text: bankruptcydesk@colonialsavings.com Mar 05 2020 03:49:34     Colonial Savings & Loa,
             P O Box 2988,   Fort Worth, TX 76113-2988
15168236    +E-mail/Text: bankruptcydesk@colonialsavings.com Mar 05 2020 03:49:34     Colonial Savings & Loa,
             Attn Bankruptcy,   Po Box 2988,   Fort Worth, TX 76113-2988
15185525    +E-mail/Text: bankruptcydesk@colonialsavings.com Mar 05 2020 03:49:34
             Colonial Savings Mortgage Services,   P.O. Box 2988,   Fort Worth, TX 76113-2988
15168238     E-mail/Text: mrdiscen@discover.com Mar 05 2020 03:48:34     Discover Financial,
             Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
15168237     E-mail/Text: mrdiscen@discover.com Mar 05 2020 03:48:34     Discover Financial,   Pob 15316,
             Wilmington, DE 19850
15184559     E-mail/Text: G06041@att.com Mar 05 2020 03:49:33     Directv, LLC,
             by American InfoSource as agent,   PO Box 5008,   Carol Stream, IL 60197-5008
15170232     E-mail/Text: mrdiscen@discover.com Mar 05 2020 03:48:34     Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
15168239    +E-mail/Text: bknotice@ercbpo.com Mar 05 2020 03:49:23     Enhanced Recovery Corp,
             Po Box 57547,   Jacksonville, FL 32241-7547
15168240    +E-mail/Text: bknotice@ercbpo.com Mar 05 2020 03:49:22     Enhanced Recovery Corp,
             Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
15168229     E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 05 2020 03:59:09     Chase Card Services,
             Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850
15168227     E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 05 2020 03:59:09     Chase Card Services,
             Po Box 15369,   Wilmington, DE 19850
15199731     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2020 03:57:21
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15168246    +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 03:58:50     Syncb/PPC,   Po Box 965005,
             Orlando, FL 32896-5005
15168247    +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 03:58:46     Syncb/PPC,   Attn: Bankruptcy,
             Po Box 965060,   Orlando, FL 32896-5060
15168467    +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 03:58:47     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15197593    +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 03:57:15     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
15168249    +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 03:58:49     Synchrony Bank/Amazon,
             Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15168248    +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 03:58:49     Synchrony Bank/Amazon,
             Po Box 965015,   Orlando, FL 32896-5015
15193424     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 05 2020 03:59:32     Verizon,
             by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457

```
District/off: 0315-1          User: dkam           Page 2 of 2           Date Rcvd: Mar 04, 2020
                              Form ID: rsc13       Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15188100      +E-mail/Text: collections@widgetfinancial.com Mar 05 2020 03:49:15
               Widget Federal Credit Union,    2154 E. Lake Rd.,   Erie, PA 16511-1140
15168250      +E-mail/Text: collections@widgetfinancial.com Mar 05 2020 03:49:15      Widget Financial,
               2154 E Lake Rd,   Erie, PA 16511-1140
                                                                                TOTAL: 23


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Cu Members Mortgage, a division of Colonial Saving
15168230*     ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
               (address filed with court:  Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
               Wilmington, DE 19850)
15168228*     ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
               (address filed with court:  Chase Card Services,   Po Box 15369,   Wilmington, DE 19850)
15168251*     +Widget Financial,   2154 E Lake Rd,   Erie, PA 16511-1140
                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
```
          James  Warmbrodt   on behalf of Creditor   Cu Members Mortgage, a division of Colonial Savings,
           F.A. bkgroup@kmllawgroup.com
          Kenneth M. Steinberg   on behalf of Debtor Bernadette A. Myers julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 4
```