FILED
4/16/21 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bernadette A. Myers, | ) | Case No. 19-11212-TPA |
| | ) | Chapter 13 |
| Social Security No. XXX-XX- 9321 | ) | |
| | ) | Related to Docket Nos 20, 21 |
| Debtor | ) | Document No. WO-1 |
| | ) | |
| Bernadette A. Myers, | ) | Rel to Doc 38 |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Brevillier Village Foundation, Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

**ORDER OF COURT**

AND NOW, to wit, this ____16th____ day of ____April____, 2021, it is

hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting

the wages of Bernadette A. Myers be terminated immediately.

Employer:

**Brevillier Village Foundation, Inc.**
**Attn: Payroll Dept.**
**5416 East Lake Road**
**Erie, PA 16511-1496**

_____
Honorable Thomas P. Agresti ljm
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 19-11212-TPA

Bernadette A. Myers                                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: dkam | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bernadette A. Myers, 211 Lowry Road, Erie, PA 16511-1326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021                      Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Cu Members Mortgage  a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Debtor Bernadette A. Myers julie.steidl@steidl-steinberg.com<br>kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4