IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bernadette A. Myers, | ) | Case No. 19-11212 TPA |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Related to Docket No. 41 |
| Bernadette A. Myers, | ) | |
| Social Security No. XXX-XX-9321 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Lakeland Area Hospice and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on April 19, 2021, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Bernadette A. Myers
211 Lowry Road
Erie, PA 16511

Lakeland Area Hospice
Attn: Payroll Dept.
4635 East Lake Rd
Erie, PA 16511

Date of Service: April 19, 2021

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000