IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Bernadette A. Myers ) | Case No. 19-11212 TPA |
| Debtor ) | Chapter 13 |
| ) | |
| ) | Related to Docket No. 55 |
| Bernadette A. Myers ) | |
| Movant ) | |
| SSN: XXX-XX-9321 ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| Lakeland Area Hospice ) | |
| Respondent ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 20, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing:**
Ronda Winnecour, Trustee

**Served By First Class Mail:**

Lakeland Area Hospice
Attn: Payroll Department
4635 East Lake Road
Erie, PA  16511

Bernadette A. Myers
211 Lowry Road
Erie, PA 16511

Date of Service: September 20, 2021

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244