**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/11/2022

IN RE:

BERNADETTE A. MYERS
211 LOWRY ROAD
ERIE, PA 16511
XXX-XX-9321          Debtor(s)

Case No.19-11212 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/11/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PAYPAL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5374 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CU MEMBERS MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CU MEMBERS MORTGAGE - DIV COLONIAL SAV**<br>C/O COLONIAL SAVINGS MORTGAGE SERVICES<br>PO BOX 2988<br><br>FT WORTH, TX 76113 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 1/20 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7121 |
| **WIDGET FINANCIAL****<br>2154 EAST LAKE RD<br><br>ERIE, PA 16511 | Trustee Claim Number: 4   INT %: 3.79%<br>Court Claim Number: 8<br><br>CLAIM: 1,869.07<br>COMMENT: TTLED/PL*5628.49@4.625%/PL*CL=5628.49 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0495 |
| **AR RESOURCES INC**<br>POB 1056<br><br>BLUE BELL, PA 19422 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: HAND MICRO RECON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4816 |
| **CAINE & WEINER**<br>PO BOX 55848<br><br>SHERMAN OAKS, CA 91413-0848 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: TK GLOBAL PRTNRS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2931 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 6,749.59<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2485 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 6,108.66<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5205 |
| **PCA ACQUISITIONS V LLC**<br>C/O PHILLIPS & COHEN ASSOCIATES LTD - SVCR<br>1002 JUSTISON ST<br><br>WILMINGTON, DE 19801 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 14,737.41<br>COMMENT: 9584/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3218 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 3,876.36<br>COMMENT: BBY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4792 |

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 512.45<br>COMMENT: CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5423 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI**<br>UI PAYMENT SERVICES (INDV UC OP)<br>PO BOX 67503<br>HARRISBURG, PA 17106-9894 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9321 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 8,897.35<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6219 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 359.17<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8454 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: HAMOT SURGERY CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1251 |
| **HAMOT SURGERY CNTR**<br>200 STATE ST<br>ERIE, PA 16507-1420 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AR RESOURCES INC**<br>POB 1056<br>BLUE BELL, PA 19422 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: HAND MICRO SRGRY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PCA ACQUISITIONS V LLC**<br>C/O PHILLIPS & COHEN ASSOCIATES LTD - SVCR<br>1002 JUSTISON ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3218 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 7,000.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5956 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 4,225.32<br>COMMENT: PAYPAL/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5374 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~AMAZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2783 |
| CBCS<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UNVSRSTY PGH PHYSCNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7307 |
| RECEIVABLES OUTSOURCING LLC<br>PO BOX 62850<br>BALTIMORE, MD 21264-2850 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UNVRSTY PGH PHYSCNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8553 |
| UPMC HEALTH SERVICES<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 1,880.95<br>COMMENT: 1912/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9321 |
| WIDGET FEDERAL CREDIT UNION D/B/A WIDGE<br>2154 EAST LAKE RD<br>ERIE, PA 16511 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 5,994.97<br>COMMENT: 0006/SCH*STMT THRU 12/3/19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0495 |
| BERNSTEIN BURKLEY PC<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| SRA ASSOCIATES++<br>4501 MINNETONKA RD<br>HI NELLA, NJ 08083 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| CU MEMBERS MORTGAGE - DIV COLONIAL SAV<br>C/O COLONIAL SAVINGS MORTGAGE SERVICES<br>PO BOX 2988<br>FT WORTH, TX 76113 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 800.40<br>COMMENT: $/CL-PL*THRU 12/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7121 |
| VERIZON BY AMERICAN INFOSOURCE AS AGEN<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 81.86<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| UPMC PHYSICIAN SERVICES<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 1,408.78<br>COMMENT: SCH@CID 24 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9321 |

Case 19-11212-TPA    Doc 65    Filed 07/11/22    Entered 07/11/22 14:11:29    Desc

| | | |
|---|---|---|
| **WESTLAKE FINANCIAL SERVICES(*)** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 4751 WILSHIRE BLVD STE 100 | Court Claim Number: | ACCOUNT NO.:  8300 |
| | CLAIM:  0.00 | |
| LOS ANGELES, CA  90010 | COMMENT:  PMT/PL*354.45x(39 REM+2)=LMT*BGN 10/21 | |