FILED
12/13/22 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )
Bernadette A. Myers                 )   Case No. 19-11212-JAD
                                    )   Chapter 13
    Debtor                          )

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]* **:**

☐   a motion to dismiss case or certificate of default requesting dismissal

X   a plan modification sought by:   Debtor to address mortgage payment increase.

☐   a motion to lift stay
    as to creditor

☐   Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
X Amended Chapter 13 Plan dated      December 17, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X   Debtor's Plan payments shall be changed from $ 1,514.00   to
    $ 1,725.00   per month, effective   January, 2023  ; and/or the Plan term
    shall be changed from       months to       months.                  .

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that she has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve          on or before          .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as        may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:  <u>The mortgage payment to CU Members Mortgage, a division of Colonial Savings, F.A. will increase to $780.49 effective January 1, 2023 as per the Notice of Mortgage Payment Change dated December 7, 2022. Debtor's counsel will be paid an additional $3,000.00 subject to approval of a fee application. The payment of additional attorney fees will not reduce the amount paid to general, unsecured creditors.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 13th day of December, 2022

Dated: December 13, 2022

United States Bankruptcy Judge

Stipulated by:                                         Stipulated by:

/s/Lauren M. Lamb                                      /s/James Warmbrodt
Counsel to Debtor                                      Counsel to Chapter 13 Trustee
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bernadette A. Myers  
    Debtor

Case No. 19-11212-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Dec 13, 2022      Form ID: pdf900      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bernadette A. Myers, 211 Lowry Road, Erie, PA 16511-1326 |
| 15168222 | | Apothaker Scian P.C., 520 Fellowship Rd., Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:02:15 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2022 00:01:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168224 | | Email/Text: collectors@arresourcesinc.com | Dec 13 2022 23:48:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 15168223 | | Email/Text: collectors@arresourcesinc.com | Dec 13 2022 23:48:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 15168225 | | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 13 2022 23:48:00 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15168226 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 13 2022 23:48:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15168231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:02:19 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15168232 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:02:19 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15196363 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:02:05 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15168234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:01:53 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15168233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:02:19 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15168236 | + | Email/Text: bankruptcydesk@colonialsavings.com | Dec 13 2022 23:48:00 | Colonial Savings & Loa, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 15168235 | + | Email/Text: bankruptcydesk@colonialsavings.com | Dec 13 2022 23:48:00 | Colonial Savings & Loa, P O Box 2988, Fort Worth, TX 76113-2988 |
| 15185525 | + | Email/Text: bankruptcydesk@colonialsavings.com | Dec 13 2022 23:48:00 | Colonial Savings Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 15168238 | | Email/Text: mrdiscen@discover.com | | |

Case 19-11212-JAD   Doc 72   Filed 12/15/22   Entered 12/16/22 00:25:13   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 44 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15168237 | | Email/Text: mrdiscen@discover.com | Dec 13 2022 23:48:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15184559 | | Email/Text: G06041@att.com | Dec 13 2022 23:48:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15170232 | | Email/Text: mrdiscen@discover.com | Dec 13 2022 23:48:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15168240 | + | Email/Text: bknotice@ercbpo.com | Dec 13 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168239 | + | Email/Text: bknotice@ercbpo.com | Dec 13 2022 23:48:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15168241 | | Email/Text: jill@ffcc.com | Dec 13 2022 23:48:00 | Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15168242 | | Email/Text: jill@ffcc.com | Dec 13 2022 23:48:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15168229 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2022 23:48:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15168227 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:02:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15183621 | + | Email/Text: RASEBN@raslg.com | Dec 14 2022 00:02:03 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15183599 | | Email/Text: inveniobkt@phillips-cohen.com | Dec 13 2022 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15168243 | | Email/Text: inveniobkt@phillips-cohen.com | Dec 13 2022 23:48:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 15168245 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 23:48:00 | PCA Acquisitions V, LLC, 1002 Justison Street, Wilmington, DE 19801 |
| 15168244 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 23:48:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15545454 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2022 23:48:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15199731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:01:51 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15168246 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15168247 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:04 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15197593 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:14 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15168467 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:01:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15168249 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168248 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:01:48 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15189755 | | ^ MEBN | Dec 14 2022 00:02:03 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| | | | Dec 13 2022 23:45:37 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 15189647 | ^ MEBN | | Dec 13 2022 23:44:56 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15193424 | Email/PDF: ebn_ais@aisinfo.com | | Dec 14 2022 00:02:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15188100 | + Email/Text: collections@widgetfinancial.com | | Dec 13 2022 23:48:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 |
| 15168250 | + Email/Text: collections@widgetfinancial.com | | Dec 13 2022 23:48:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cu Members Mortgage, a division of Colonial Saving |
| 15168230 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15168228 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15168251 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Cu Members Mortgage a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Bernadette A. Myers julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Cu Members Mortgage a division of Colonial Savings, F.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5