UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  BERNADETTE A. MYERS<br><br>            Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>        vs.<br>BERNADETTE A. MYERS<br><br>        Respondents | Case No. 19-11212JCM<br><br>Chapter 13<br><br>Document No. 77 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 9th day of December, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

Lakeland Area Hospice
Attn: Payroll
4635 E Lake Rd
Erie, PA 16511

is hereby ordered to immediately terminate the attachment of the wages of BERNADETTE A. MYERS, social security number XXX-XX-9321. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BERNADETTE A. MYERS.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
12/9/24 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11212-JCM |
| Bernadette A. Myers | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + Bernadette A. Myers, 211 Lowry Road, Erie, PA 16511-1326

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
    on behalf of Creditor Cu Members Mortgage  a division of Colonial Savings, F.A. dcarlon@kmllawgroup.com

Lauren M. Lamb
    on behalf of Debtor Bernadette A. Myers julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Maria Miksich
    on behalf of Creditor Cu Members Mortgage  a division of Colonial Savings, F.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Dec 09, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 5