**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BERNADETTE A. MYERS | Case No.:19-11212 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>   vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

April 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/06/2019 and confirmed on 6/30/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,009.14 |
| Less Refunds to Debtor | 1,692.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,317.14 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,900.00 | |
|   Trustee Fee | 4,518.68 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,418.68 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CU MEMBERS MORTGAGE - DIV COLONIA | 0.00 | 45,707.64 | 0.00 | 45,707.64 |
|     Acct: 7121 | | | | |
|   CU MEMBERS MORTGAGE - DIV COLONIA | 800.40 | 800.40 | 0.00 | 800.40 |
|     Acct: 7121 | | | | |
|   WIDGET FINANCIAL** | 1,869.07 | 1,869.07 | 327.61 | 2,196.68 |
|     Acct: 0495 | | | | |
| | | | | 48,704.72 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNADETTE A. MYERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNADETTE A. MYERS | 1,692.00 | 1,692.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 14,178.00 | 0.00 | 14,178.00 |
|     Acct: 8300 | | | | |
| | | | | 14,178.00 |
| **Unsecured** | | | | |
|   AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4816 | | | | |
|   CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2931 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CHA | 6,749.59 | 1,639.10 | 0.00 | 1,639.10 |
|     Acct: 2485 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CHA | 6,108.66 | 1,483.45 | 0.00 | 1,483.45 |
|     Acct: 5205 | | | | |
|   PCA ACQUISITIONS V LLC | 14,737.41 | 3,578.89 | 0.00 | 3,578.89 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3218 | | | | |
| | CITIBANK NA** | 3,876.36 | 941.35 | 0.00 | 941.35 |
| | Acct: 4792 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 512.45 | 124.45 | 0.00 | 124.45 |
| | Acct: 5423 | | | | |
| | PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9321 | | | | |
| | DISCOVER BANK(*) | 8,897.35 | 2,160.67 | 0.00 | 2,160.67 |
| | Acct: 6219 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 359.17 | 87.22 | 0.00 | 87.22 |
| | Acct: 8454 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1251 | | | | |
| | AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PCA ACQUISITIONS V LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3218 | | | | |
| | PNC BANK NA | 7,000.00 | 1,699.91 | 0.00 | 1,699.91 |
| | Acct: 5956 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 4,225.32 | 1,026.09 | 0.00 | 1,026.09 |
| | Acct: 5374 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2783 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7307 | | | | |
| | RECEIVABLES OUTSOURCING LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8553 | | | | |
| | UPMC HEALTH SERVICES | 1,880.95 | 456.78 | 0.00 | 456.78 |
| | Acct: 9321 | | | | |
| | WIDGET FEDERAL CREDIT UNION D/B/A W | 5,994.97 | 1,455.84 | 0.00 | 1,455.84 |
| | Acct: 0495 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 81.86 | 19.88 | 0.00 | 19.88 |
| | Acct: 0001 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,408.78 | 342.11 | 0.00 | 342.11 |
| | Acct: 9321 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5374 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SRA ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HAMOT SURGERY CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 15,015.74 |

TOTAL PAID TO CREDITORS                                                                    77,898.46

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 2,669.47 |
| UNSECURED | 61,832.87 |

Date: 04/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    BERNADETTE A. MYERS

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-11212

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 19-11212-JCM

Bernadette A. Myers      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3

Date Rcvd: Apr 28, 2025      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bernadette A. Myers, 211 Lowry Road, Erie, PA 16511-1326 |
| 15168240 | + | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 01:55:02 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 01:57:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168224 | | Email/Text: collectors@arresourcesinc.com | Apr 29 2025 01:41:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 15168223 | | Email/Text: collectors@arresourcesinc.com | Apr 29 2025 01:41:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 15168222 | ^ | MEBN | Apr 29 2025 01:34:31 | Apothaker Scian P.C., 520 Fellowship Rd., Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15168225 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 29 2025 01:41:41 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15168226 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 29 2025 01:41:41 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15168227 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2025 01:44:02 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15168229 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2025 01:44:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15168231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:57:40 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15168232 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:43:26 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15196363 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:56:06 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15168234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:55:31 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15168233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 43

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 29 2025 02:10:12 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15168236 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 29 2025 01:42:00 | Colonial Savings & Loa, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 15168235 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 29 2025 01:42:00 | Colonial Savings & Loa, P O Box 2988, Fort Worth, TX 76113-2988 |
| 15185525 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 29 2025 01:42:00 | Colonial Savings Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 15168238 | | Email/Text: mrdiscen@discover.com | Apr 29 2025 01:40:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15168237 | | Email/Text: mrdiscen@discover.com | Apr 29 2025 01:40:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15184559 | | Email/Text: G06041@att.com | Apr 29 2025 01:42:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15170232 | | Email/Text: mrdiscen@discover.com | Apr 29 2025 01:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168241 | | Email/Text: rj@ffcc.com | Apr 29 2025 01:40:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15168242 | | Email/Text: rj@ffcc.com | Apr 29 2025 01:40:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15183621 | + | Email/Text: RASEBN@raslg.com | Apr 29 2025 01:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15183599 | | Email/Text: inveniobkt@phillips-cohen.com | Apr 29 2025 01:41:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 15168243 | | Email/Text: inveniobkt@phillips-cohen.com | Apr 29 2025 01:41:00 | PCA Acquisitions V, LLC, 1002 Justison Street, Wilmington, DE 19801 |
| 15168245 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2025 01:40:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15168244 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2025 01:40:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15545454 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 01:43:44 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15199731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 01:43:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15168246 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:57 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15168247 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:55:30 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15197593 | ^ | MEBN | Apr 29 2025 01:36:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15168467 | ^ | MEBN | Apr 29 2025 01:36:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168249 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15168248 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:57:45 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15189755 | | Email/Text: BNCnotices@dcmservices.com | Apr 29 2025 01:41:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

Case 19-11212-JCM  Doc 92  Filed 04/30/25  Entered 05/01/25 00:31:06  Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15189647 | | Email/Text: BNCnotices@dcmservices.com | Apr 29 2025 01:41:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15193424 | | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2025 01:44:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15188100 | + | Email/Text: collections@widgetfinancial.com | Apr 29 2025 01:42:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 |
| 15168250 | + | Email/Text: collections@widgetfinancial.com | Apr 29 2025 01:42:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cu Members Mortgage, a division of Colonial Saving |
| 15168228 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15168230 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15168251 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |
| 15168239 | ##+ | Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2025           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Cu Members Mortgage a division of Colonial Savings, F.A. dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Bernadette A. Myers julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Cu Members Mortgage a division of Colonial Savings, F.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5