**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　BERNADETTE A. MYERS<br><br>　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:19-11212<br><br>Chapter 13<br><br>Document No.: 88 |

### ORDER OF COURT

AND NOW, this ___16th___ day of _____June_____, 2025_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
6/16/25 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  Jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-11212-JCM
Bernadette A. Myers  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3
Date Rcvd: Jun 16, 2025      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bernadette A. Myers, 211 Lowry Road, Erie, PA 16511-1326 |
| 15168240 | + | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:17:20 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:42:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168224 | | Email/Text: collectors@arresourcesinc.com | Jun 17 2025 00:10:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 15168223 | | Email/Text: collectors@arresourcesinc.com | Jun 17 2025 00:10:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 15168222 | ^ | MEBN | Jun 17 2025 00:01:30 | Apothaker Scian P.C., 520 Fellowship Rd., Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15168225 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 17 2025 00:10:55 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15168226 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 17 2025 00:10:55 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15168227 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 17 2025 00:29:52 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15168229 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 17 2025 00:42:59 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15168231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 00:54:35 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15168232 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 00:29:19 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15196363 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 00:19:05 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15168234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 00:19:06 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15168233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 17 2025 01:28:49 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15168236 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jun 17 2025 00:11:00 | Colonial Savings & Loa, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 15168235 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jun 17 2025 00:11:00 | Colonial Savings & Loa, P O Box 2988, Fort Worth, TX 76113-2988 |
| 15185525 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jun 17 2025 00:11:00 | Colonial Savings Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 15168238 | | Email/Text: mrdiscen@discover.com | Jun 17 2025 00:09:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15168237 | | Email/Text: mrdiscen@discover.com | Jun 17 2025 00:09:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15184559 | | Email/Text: G06041@att.com | Jun 17 2025 00:11:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15170232 | | Email/Text: mrdiscen@discover.com | Jun 17 2025 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168241 | | Email/Text: rj@ffcc.com | Jun 17 2025 00:09:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15168242 | | Email/Text: rj@ffcc.com | Jun 17 2025 00:09:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15183621 | + | Email/Text: RASEBN@raslg.com | Jun 17 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15183599 | | Email/Text: inveniobkt@phillips-cohen.com | Jun 17 2025 00:10:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 15168243 | | Email/Text: inveniobkt@phillips-cohen.com | Jun 17 2025 00:10:00 | PCA Acquisitions V, LLC, 1002 Justison Street, Wilmington, DE 19801 |
| 15168245 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2025 00:09:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15168244 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2025 00:09:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15545454 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:30:20 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15199731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:18:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15168246 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2025 00:29:22 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15168247 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2025 00:29:47 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15197593 | ^ | MEBN | Jun 17 2025 00:01:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15168467 | ^ | MEBN | Jun 17 2025 00:01:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168249 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2025 00:29:22 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15168248 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2025 00:17:15 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15189755 | | Email/Text: BNCnotices@dcmservices.com | Jun 17 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

Case 19-11212-JCM    Doc 98    Filed 06/18/25    Entered 06/19/25 00:35:50    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2025 | Form ID: pdf900 | Total Noticed: 43 |

| 15189647 | | Email/Text: BNCnotices@dcmservices.com | | | |
|---|---|---|---|---|---|
| | | | Jun 17 2025 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 | |
| 15193424 | | Email/PDF: ebn_ais@aisinfo.com | | | |
| | | | Jun 17 2025 00:18:23 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 | |
| 15188100 | + | Email/Text: collections@widgetfinancial.com | | | |
| | | | Jun 17 2025 00:10:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 | |
| 15168250 | + | Email/Text: collections@widgetfinancial.com | | | |
| | | | Jun 17 2025 00:10:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 | |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cu Members Mortgage, a division of Colonial Saving |
| 15168228 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15168230 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15168251 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |
| 15168239 | ##+ | Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025             Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Cu Members Mortgage  a division of Colonial Savings, F.A. dcarlon@kmllawgroup.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Bernadette A. Myers julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Maria Miksich | |
| | on behalf of Creditor Cu Members Mortgage  a division of Colonial Savings, F.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5