**COLONIAL**
Banking | Home Loans | Insurance

BERNADETTE A MYERS　　　　　　　　　　　　YOUR LOAN NUMBER: ▮▮▮▮
211 LOWRY RD
ERIE　　　　　　　　PA 16511-1326

DATE: 11/18/22

\*\*\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS \*\*\*

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   01/23 THROUGH    12/23.
------- ANTICIPATED PAYMENTS FROM ESCROW -   01/23 THROUGH    12/23 -------
　　　　　　HOMEOWNERS 1ST　　　　　1014.02
　　　　　　CITY TAXES　　　　　　　 553.62
　　　　　　SCHOOL　　　　　　　　　1364.50

　　　　　TOTAL PAYMENTS FROM ESCROW　　2932.14

　　　　　MONTHLY PAYMENT TO ESCROW　　　244.34 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -   01/23 THROUGH    12/23--------
　　　　-ANTICIPATED PAYMENTS-　　　　　　-- ESCROW BALANCE COMPARISON --
MONTH　TO ESCROW　FROM ESCROW　DESCRIPTION　　ANTICIPATED　　　REQUIRED
　　　　　　　　　　　　　ACTUAL STARTING BALANCE　　620.61　　　　　977.42
JAN 23　244.34　　　　　　　　　　　　　　　　　864.95　　　　　1221.76
FEB 23　244.34　　　　　　　　　　　　　　　　　1109.29　　　　　1466.10
MAR 23　244.34　　　　　　　　　　　　　　　　　1353.63　　　　　1710.44
APR 23　244.34　　　553.62　　CITY TAXES　　　1044.35　　　　　1401.16
MAY 23　244.34　　　　　　　　　　　　　　　　　1288.69　　　　　1645.50
JUN 23　244.34　　　　　　　　　　　　　　　　　1533.03　　　　　1889.84
JUL 23　244.34　　　　　　　　　　　　　　　　　1777.37　　　　　2134.18
AUG 23　244.34　　　1364.50　　SCHOOL　　　　　657.21　　　　　1014.02
SEP 23　244.34　　　　　　　　　　　　　　　　　901.55　　　　　1258.36
OCT 23　244.34　　　1014.02　　HOMEOWNERS 1 ALP　131.87　RLP　　488.68
NOV 23　244.34　　　　　　　　　　　　　　　　　376.21　　　　　 733.02
DEC 23　244.34　　　　　　　　　　　　　　　　　620.55　　　　　 977.36

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -356.81.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM JANUARY 01, 2023

**COLONIAL**
Banking | Home Loans | Insurance

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
        PRINCIPAL & INTEREST                              506.42
        ESCROW (1/12TH OF ANNUAL ANTICIPATED              244.34
           DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
        PLUS: SHORTAGE PAYMENT                             29.73
        MINUS: SURPLUS CREDIT                               0.00
        ROUNDING ADJUSTMENT                                 0.00
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 01/01/23       780.49
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     488.68.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       488.68.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
11/22        228.39      12/22        228.39     00/00           0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                     00/00        0.00
00/00        0.00                     00/00        0.00

FOR THE PURPOSES OF THIS ESCROW ANALYSIS, ADJUSTMENTS TO THE ESCROW
BALANCE AND/OR ESCROW DATA WERE COMPLETED PENDING INFORMATION FROM
YOU.   PLEASE FORWARD APPROPRIATE INFORMATION TO OUR OFFICE IMMEDIATELY.

**COLONIAL**
Banking | Home Loans | Insurance

BERNADETTE A MYERS                    YOUR LOAN NUMBER
211 LOWRY RD
ERIE            PA 16511-1326

DATE: 11/18/22

\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY \*

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING JAN, 2022 AND ENDING DEC,2022.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF JAN, 2022 IS ---

```
PRINCIPAL & INTEREST              506.42
ESCROW DEPOSIT                    221.68
OPTIONAL INSURANCE                  0.00
REPLACE RESV/FHA SVC CHG            0.00
SHORTAGE                            6.71
DEFICIENCY                          0.00
SURPLUS                             0.00
ROUNDING                            0.00
LESS BUYDOWN/ASST PAYMENT           0.00
BORROWER PAYMENT                  734.81
```

|        | PAYMENTS TO ESCROW |         | --- PAYMENTS FROM ESCROW ---- |         |             | -- ESCROW BALANCE -- |         |
|--------|--------------------|---------|-------------------------------|---------|-------------|----------------------|---------|
| MONTH  | PRIOR PRJ          | ACTUAL  | PRIOR PRJ                     | ACTUAL  | DESCRIPTION | PRIOR PRJ            | ACTUAL  |
| JAN 22 | 221.68             | *       |                               |         |             | 1108.51              | 806.23  |
| FEB 22 | 221.68             | *       |                               |         |             | 1330.19              | 806.23  |
| MAR 22 | 221.68             | *       |                               |         |             | 1551.87              | 806.23  |
| APR 22 | 221.68             | *       | 553.62                        | 552.52* | CITY T      | 1219.93              | 253.71  |
| MAY 22 | 221.68             | *       |                               |         |             | 1441.61              | 253.71  |
| JUN 22 | 221.68             | 228.39  |                               |         |             |                      |         |
| JUN 22 |                    | 228.39  |                               |         |             |                      |         |
| JUN 22 |                    | 228.39  |                               |         |             |                      |         |
| JUN 22 |                    | 228.39  |                               |         |             |                      |         |
| JUN 22 |                    | 228.39  |                               |         |             |                      |         |
| JUN 22 |                    | 228.39* |                               |         |             | 1663.29              | 1624.05 |
| JUL 22 | 221.68             | *       |                               | 1361.78* | SCHOOL     | 1884.97              | 262.27  |
| AUG 22 | 221.68             | 228.39* | 1336.12                       | *       |             | 770.53               | 490.66  |

Customer Relations Department, 2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Toll Free: 800.937.6002    www.ServiceHomeLoan.com

**COLONIAL**
Banking  Home Loans  Insurance

```
SEP 22    221.68    228.39*              1012.00* HOMEOW    992.21      -292.95 A
OCT 22    221.68    228.39     770.53                                    
OCT 22              228.39*                 *               443.36 T     163.83
NOV 22    221.68    **                                      665.04       163.83
DEC 22    221.68    **                                      886.72       163.83
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS        443.36. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
     -292.95.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
11/21        210.19      12/21       210.19      00/00        210.19
00/00          0.00                  00/00         0.00
00/00          0.00                  00/00         0.00
00/00          0.00                  00/00         0.00
```