# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bernadette A. Myers<br>                       Debtor(s)<br><br>CU Members mortgage, a division of Colonial Savings, F.A.<br>                       Movant<br>        vs.<br><br>Bernadette A. Myers<br>                       Debtor(s)<br><br>Ronda J. Winnecour,<br>                       Trustee | BK NO. 19-11212 JAD<br><br>Chapter 13<br><br>Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 7, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Bernadette A. Myers
211 Lowry Road
Erie, PA 16511

Attorney for Debtor(s)
Kenneth M. Steinberg, Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: December 7, 2022

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com